## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROSE K. TUCKER                                                                                          PLAINTIFF

v.                                              NO. 4:10CV00400 JLH

BRIARWOOD NURSING AND
REHABILITATION CENTERS, INC.                                                           DEFENDANT

### ORDER

The Court has previously determined that this case warrants the appointment of counsel. Therefore, pursuant to Local Rule 83.7, Kristopher B. Knox, of the law firm of Friday, Eldredge & Clark, 400 West Capitol Avenue, Suite 2000, Little Rock, Arkansas, telephone number (501) 376-2011, is hereby appointed to represent plaintiff, Rose K. Tucker, in all further proceedings. The Clerk of Court is directed to send plaintiff and counsel a copy of this Order and a copy of Local Rule 83.7.

IT IS SO ORDERED this 27th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE