# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROSE K. TUCKER                                                                                   PLAINTIFF

v.                                           No. 4:10CV00400 JLH

BRIARWOOD NURSING AND REHAB                                                   DEFENDANT

## ORDER

The Final Scheduling Order filed in this matter on October 14, 2010, directed the parties to file a status report by March 10, 2011. As of this date, neither side has submitted its status report. Therefore, the parties are directed to file a status report no later than *Friday, April 1, 2011*.

IT IS SO ORDERED this 21st day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE