**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ROSE K. TUCKER                                                                PLAINTIFF

v.                                              No. 4:10CV00400 JLH

BRIARWOOD NURSING AND
REHABILITATION CENTER, INC.                                      DEFENDANT

## ORDER

The defendant filed a motion for summary judgment on September 22, 2011.  Pursuant to

Local Rules 7.2(b) and 56.1(d), the plaintiff's response was due on October 11, 2011.  No response

has been filed.  The Court ORDERS the plaintiff to file a response *on or before October 20, 2011*.

If no response is filed on or before October 20, 2011, the Court will assume that the motion for

summary judgment is uncontested and will proceed accordingly.

IT IS SO ORDERED this 13th day of October, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE