## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROSE K. TUCKER                                                                                         PLAINTIFF

v.                                       No. 4:10CV00400 JLH

BRIARWOOD NURSING AND
REHABILITATION CENTER, INC.                                                            DEFENDANT

### JUDGMENT

Pursuant to the Order entered separately today, judgment is entered in favor of Briarwood Nursing and Rehabilitation Center, Inc., on the claims of Rose K. Tucker. The complaint of Rose K. Tucker is dismissed with prejudice.

IT IS SO ORDERED this 24th day of October, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE